606

## Lloyd H. MAUPIN
v.
## UNITED STATES of America.
No. 5751.

United States Court of Appeals
Tenth Circuit.
Jan. 7, 1958.

Donald E. Kelley, U. S. Atty., and John S. Pfeiffer, Asst. U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, Chief Judge, PICKETT, Circuit Judge, and RICE, District Judge.

PER CURIAM.

Affirmed without written opinion.

## Hollum B. SHADID
v.
## Charles Ray WHITAKER d/b/a Whitaker Beef-Steaker.
No. 5785.

United States Court of Appeals
Tenth Circuit.
Jan. 8, 1958.

Erl H. Ellis, Denver, Colo., Charles M. McKnight, Tulsa, Okl., Charles A. Shadid, Oklahoma City, Okl., John H. Lewis, Jr., and Robert F. Davis, Washington, D. C., for appellant.

Samuel A. Boorstin, Tulsa, Okl., and Cushman, Darby & Cushman, Washington, D. C., for appellee.

Before BRATTON, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

## Robert Louis BELVEAL
v.
## UNITED STATES of America.
No. 5752.

United States Court of Appeals
Tenth Circuit.
Jan. 7, 1958.

Donald E. Kelley, U. S. Atty., and Robert S. Wham, Asst. U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, Chief Judge, PICKETT, Circuit Judge, and RICE, District Judge.

PER CURIAM.

Affirmed without written opinion.

## UNITED STATES of America
v.
## FULLER–WHITE CHEVROLET COMPANY OF TULSA.
No. 5807.

United States Court of Appeals
Tenth Circuit.
Jan. 31, 1958.

B. Hayden Crawford, U. S. Atty., Tulsa, Okl., and Hubert A. Marlow, Asst. U. S. Atty., Tulsa, Okl., and Charles K. Rice, Asst. Atty. Gen., and Lee A. Jackson, Atty., Dept. of Justice, Washington, D. C., for appellant.

Donald P. Moyers and John H. Conway, Jr., Tulsa, Okl., for appellee.

BRATTON, Chief Judge.

Appeal dismissed pursuant to stipulation.